UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

MCNEIL, KHANDEE M.

Debtor(s)

_____/

Case No. 08-23603 RBR

Chapter 7

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Ft L

SEP 1 9 2011

FILED___V___RECEIVED___

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )     The Trustee has a balance of $0.00 remaining in her bank account which represents
        unpresented checks drawn and mailed to creditors of the above named Debtor in
        accordance with the Order for Payment of Dividends. Your Trustee has made a good
        faith effort to verify the correct mailing address for said creditor(s) and deliver the
        funds before presenting this notice. More than sufficient time has passed for these
        checks to be presented for payment; or

(X)     The Trustee has a balance of $30.10 remaining in her bank account which represents
        small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing

of this estate.

Dated: September 13, 2011

SONYA L. SALKIN, TRUSTEE
1776 N. Pine Island Rd.
Suite 218
Plantation, FL 33322
954-423-4469

cc:
Assistant U.S. Trustee's Office
51 SW 1st Ave.
Room 1204
Miami, FL 33031

Printed: 09/13/11 05:00 PM

**Claims Distribution Small Checks**

Page: 1

Trustee: SONYA L. SALKIN, TRUSTEE (290630)

Case: 08-23603 - MCNEIL, KHANDEE M.

| Account No. | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $30.10 |
| | 135 09/13/11 | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | |
| | 3 | 05/11/10 | 610 | Algate Financial Llc<br>707 Skokie Blvd Ste 375<br>Northbrook, IL 60062 | 330.00 | 330.00 | 68.42 | 1.34 |
| | 6 | 05/11/10 | 610 | Citibank N A<br>701 E 60th St N<br>Sioux Falls, SD 57104 | 595.00 | 595.00 | 123.36 | 2.41 |
| | 7 | 05/11/10 | 610 | Complete Collection Sv<br>4833 N Dixie Hwy<br>Oakland Park, FL 33334 | 100.00 | 100.00 | 20.73 | 0.40 |
| | 8 | 05/11/10 | 610 | Credit Protection<br>13355 Noel Rd, 21st Floor<br>Dallas, TX 75380 | 104.00 | 104.00 | 21.56 | 0.42 |
| | 9 | 05/11/10 | 610 | Credit Solutions Corp<br>9573 Chesapeake Dr Ste 1<br>San Diego, CA 92123 | 561.00 | 561.00 | 116.31 | 2.27 |
| | 10 | 05/11/10 | 610 | Dp Of Educ<br>2505 S Finley Rd<br>Lombard, IL 60148-4899 | 208.00 | 208.00 | 43.13 | 0.85 |
| | 11 | 05/11/10 | 610 | First Collect Inc.<br>PO Box 7900<br>Sparks Glencoe, MD 21152 | 750.00 | 750.00 | 155.50 | 3.04 |
| | 12 | 05/11/10 | 610 | First Collect Inc.<br>PO Box 7900<br>Sparks Glencoe, MD 21152 | 278.00 | 278.00 | 57.64 | 1.13 |
| | 13 | 05/11/10 | 610 | First Collect Inc.<br>PO Box 7900<br>Sparks Glencoe, MD 21152 | 197.00 | 197.00 | 40.84 | 0.79 |
| | 14 | 05/11/10 | 610 | First Collect Inc.<br>PO Box 7900<br>Sparks Glencoe, MD 21152 | 33.00 | 33.00 | 6.84 | 0.13 |

(*) Denotes objection to Amount Filed

Printed: 09/13/11 05:00 PM

**Claims Distribution Small Checks**

Page: 2

Trustee: SONYA L. SALKIN, TRUSTEE (290630)

Case: 08-23603 - MCNEIL, KHANDEE M.

| Account No. | Check No. Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 16 | 05/11/10 | 610 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | 250.00 | 250.00 | 51.83 | 1.01 |
| | 17 | 05/11/10 | 610 | Law Office Of M.N.Kay<br>7 Penn Plz<br>New York, NY 10001 | 429.00 | 429.00 | 88.95 | 1.74 |
| | 18 | 05/11/10 | 610 | Nco Fin27<br>Po Box 7216<br>Philadelphia, PA 19101 | 347.00 | 347.00 | 71.94 | 1.40 |
| | 19 | 05/11/10 | 610 | Nco Fin27<br>Po Box 7216<br>Philadelphia, PA 19101 | 214.00 | 214.00 | 44.37 | 0.87 |
| | 20 | 05/11/10 | 610 | Nco Financial System<br>507 Prudential Rd<br>Horsham, PA 19044 | 194.00 | 194.00 | 40.22 | 0.78 |
| | 21 | 05/11/10 | 610 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | 387.00 | 387.00 | 80.24 | 1.57 |
| | 22 | 05/11/10 | 610 | Sunbelt<br>Po Box 811<br>Spartanburg, SC 29304 | 821.00 | 821.00 | 170.22 | 3.32 |
| | 24 | 05/11/10 | 610 | University Of Phoenix<br>4615 E Elwood St Fl 3<br>Phoenix, AZ 85040 | 935.00 | 935.00 | 193.86 | 3.79 |
| | 25 | 05/11/10 | 610 | Zenith Acquisition<br>220 John Glenn Dr # 1<br>Amherst, NY 14228 | 702.00 | 702.00 | 145.55 | 2.84 |

(*) Denotes objection to Amount Filed